AMANDA C. PUGSLEY, Respondent, *v.* PERRIN H. SUMNER et al.,
Appellants.

(Argued October 18, 1887; decided October 25, 1887.)

*Matthew Daly* for appellants.

*T. Mitchell Tyng* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———————

JULIUS FORTSMANN et al., Respondents, *v.* RUTH A. SHULTING,
Administratrix, et al., Appellants.

(Argued October 18, 1887; decided October 25, 1887.)

THIS was a motion to dismiss the appeal herein on the
ground that the time for appealing had expired when notice
was served.

The following is the *mem.* handed down:

"The notice of the order and its entry did not show by
indorsement or otherwise the office address or place of busi-
ness of the attorney serving it, and was, therefore, ineffectual
to limit the time of appeal. (*Kelly* v. *Sheehan,* 76 N. Y. 325;
*Bockes* v. *Hathorn,* 78 id. 222.)

"The motion to dismiss the appeal should, therefore, be
denied, but without costs."

*Matthew Hale* for motion.

*Nathaniel C. Moak* opposed

*Per Curiam mem.* for denial of motion.
All concur.
Motion denied.